1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS | Case No. CV 19-7186-AB (PJWx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| THRIFTY PAYLESS, INC., a California Corporation; | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 1, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE